6341 INDUCON DRIVE EAST
SANBORN, NY 14132-9097

**ASG**
Account Solutions Group, LLC

Account Solutions Group, LLC
205 Bryant Woods South
Amherst, NY 14228
1-800-741-8860

ADDRESS SERVICE REQUESTED

RE: CAPITAL ONE BANK
ASG REF #: 7340647
CREDITOR ACCT #: 4862362491292085
ACCOUNT BALANCE AS OF 03-19-07: $953.51

03-19-07    7340647

#BWNDLZK
#F000 08YX MLS5#           *A-F1W-AM-18040  N1

REFUGIO P HUIZAR
913 TINSLEY ST APT D303
EAST PALO ALTO CA 94303-2593

ACCOUNT SOLUTIONS GROUP, LLC.
PO BOX 628
BUFFALO, NY 14240-0628

*IMPORTANT: To receive proper credit, be sure to enclose this portion with your payment.*

Dear Refugio P Huizar:

This account has been listed with our office for collection. Enclose your payment in the envelope provided and make your check or money order payable to ACCOUNT SOLUTIONS GROUP, LLC. Payments only should be sent to our mailing address: PO Box 628, Buffalo, NY 14240-0628. All correspondence and inquiries should be sent to our licensed address at 205 Bryant Woods South, Amherst, NY 14228. (Please note the above bar coded address, 6341 Inducon Drive East, Sanborn, NY 14132, located in the left hand upper corner of this notice, is not the address of Account Solutions Group, LLC. This address is for processing undeliverable mail only. Please do not send correspondence or payment to that address).

As of the date of this letter, you owe $953.51. Please be advised that interest will continue to accrue on this account. Therefore, the amount due on the day you pay may be greater. For further information, call or write us.

Should you wish to speak to a representative concerning your account you may contact this office toll free at 1-800-741-8860. Please refer to the account number indicated above. Our office hours are Monday through Friday 8am-10pm Eastern Time, Saturday 8am-12pm Eastern Time, and Sunday 5pm-10pm Eastern Time.

This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

Sincerely,

ACCOUNT SOLUTIONS GROUP, LLC
A Professional Debt Recovery Agency



EXHIBIT 1

ASG