Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2403
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
REFUGIO PINEDO HUIZAR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| REFUGIO PINEDO HUIZAR,<br><br>Plaintiff,<br><br>v.<br><br>FIRSTSOURCE ADVANTAGE, LLC,<br>D/B/A ACCOUNT SOLUTIONS GROUP,<br>LLC, a New York limited liability company,<br><br>Defendant. | Case No. C07-03973-SC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

COMES NOW the Plaintiff, REFUGIO PINEDO HUIZAR, by and through counsel, Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, REFUGIO PINEDO HUIZAR, hereby dismisses, with prejudice, all claims made by him against FIRSTSOURCE ADVANTAGE, LLC, in his Complaint filed herein on August 2, 2007. Plaintiff further notifies the Court that his dispute with Defendants has been settled.

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Samuel Conti, 10/10/07]*

CONSUMER LAW CENTER, INC.

By: /s/ Fred W. Schwinn
    Fred W. Schwinn, Esq.
    Attorney for Plaintiff
    REFUGIO PINEDO HUIZAR